IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:14CR48
                              )
      v.                      )
                              )
JEFFREY R. RONGISH,           )        ORDER
                              )
            Defendant.        )
_____)
```

The Court has been advised defendant wishes to enter a plea.  The Court notes defendant has filed a waiver of speedy trial (Filing No. 15) and a motion to continue (Filing No. 16). Accordingly,

IT IS ORDERED that the motion to continue is granted. A Rule 11 hearing is scheduled for:

**Thursday, May 1, 2014, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  The parties will have time to finalize plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 31, 2014, and May 1, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).  **A copy of the petition to enter a plea of**

**guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at least twenty-four hours prior to the scheduled hearing.** Failure to do so may result in the hearing being rescheduled.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court